# CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date:** ____2/10/26_____    **Time in Court:** _2:30 - 3:05

**Docket Number:** _____26-cv-586_____

**Case Title:** _____Diaz-Esquibel v. Francis et al_____

**Court Reporter:** _____ Nicole Sesta _____    **Time Log:** ____N/A_____

**Law Clerk:** _____AMF_____

**Plaintiff(s)/Petitioner represented by:** Ilana Haramati

**Defendant(s)/Respondent represented by:** Richard K. Hayes

**Type of Hearing Held:** __Civil Cause for Order to Show Cause_____

**Pending Motion(s):** _Petition for Writ of Mandamus_____

**TEXT:**

Case called. Ilana Haramati appeared on behalf of the Petitioner. Assistant U.S. Attorneys Richard K. Hayes appeared on behalf of the Respondents. Hearing held regarding Petitioner's petition for writ of habeas corpus [1]. For the reasons stated on the record, the petition is granted. Petitioner is directed to file a letter motion regarding EAJA fees by February 13, 2026, including contemporaneous time records and an affidavit. Respondents are directed to respond by February 20, 2026.

(Contact the Court Reporter Nicole Sesta at (718) 804-2758 to order the transcript.)