UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**Elvis Geovanni Diaz-Esquibel,**

                                 Petitioner,

   -against-

**LaDeon Francis,** *et al*.,

                                Respondents.
-----------------------------------------------------------X

O R D E R

26-CV-596 (RER)

**REYES, District Judge.**

      For the reasons stated on the record at the February 10, 2026 hearing, the petition for writ of habeas corpus [1] is granted. Petitioner, Elvis Geovanni Diaz-Esquibel (Alien Number 245-324-644), is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on February 11, 2026**.

SO ORDERED.

Dated:  Brooklyn, New York
         February 10, 2026

                                                             /s/ Ramón E. Reyes, Jr.
                                                             U.S. District Judge, EDNY