UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Elvis Geovanni Diaz-Esquibel,

                          Petitioner,

      - against -

LaDeon Francis; Heriberto Tellez; Kristi Noem;
Todd M. Lyons; and Pamela Bondi,

                         Respondents.

-----------------------------------------------------------------X

**ORDER**

No. 26-CV-586 (RER)

**RAMÓN E. REYES, JR., District Judge:**

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

    /s/ Ramón E. Reyes, Jr.
   

RAMÓN E. REYES, JR.
United States District Judge

Dated: February 17, 2026
       Brooklyn, New York