# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

№ 1:26-CV-586 (RER)

DIAZ-ESQUIBEL

VERSUS

FRANCIS, *ET AL.*

**SUMMARY ORDER – NOT FOR PUBLICATION**

Petitioner's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d) (ECF No. 12), is granted in part. *See, e.g.*, *Galeas Miranda v. Maldonad*o, No. 25-CV-6882 (PKC), 2026 WL 2031685, at *5–7 (E.D.N.Y. July 14, 2026) (discussing reasonableness of EAJA fees in similar context); *Osuna v. Francis*, No. 25 Civ. 9823 (RA), 2026 WL 1906362, *6–8 (S.D.N.Y. July 1, 2026) (same); *K.B. v. Arteta*, No. 26 Civ. 01428 (JAV), 2026 WL 1533794, at *2–4 (S.D.N.Y. June 1, 2026) (same); *L.R.C. v. Maldonado*, No. 25-CV-6825 (AMD), 2026 WL 946787, 3*–5 (E.D.N.Y. Apr. 7, 2026) (same).

Petitioner is awarded EAJA fees in the amount of $6,411.59, consisting of 24.4 hours at an hourly rate of $262.77 (*see* ECF No. 18), which the Court finds reasonable under the circumstances. Respondents are to pay said fees within thirty days of the date of this Order unless the parties agree to a different schedule.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge
Dated: September 30, 2026
Brooklyn, New York